IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON_ DIVISION

| | | |
|---|---|---|
| **RICHARD MELVIN GOODMAN,** | : | |
| **Plaintiff,** | : : : | |
| v. | : : | No. 5:24-cv-00456-MTT-CHW |
| **Cert Member ISOM,** *et al.*, | : : | PROCEEDINGS UNDER 42 U.S.C. § 1983 BEFORE THE U.S. MAGISTRATE JUDGE |
| **Defendants.** | : : | |

## ORDER

*Pro se* Plaintiff Richard Melvin Goodman, a prisoner incarcerated at Central State Prison in Macon, Georgia, filed a civil rights complaint brought under 42 U.S.C. § 1983. ECF No. 1. He also moved to proceed *in forma pauperis*. ECF No. 2.

The Court has reviewed Plaintiff's motion to proceed *in forma pauperis* and finds it is incomplete. A prisoner or pretrial detainee seeking leave to proceed without prepayment of the filing fee must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Plaintiff failed to submit a certified copy of his trust fund account statement.

Accordingly, Plaintiff is **ORDERED** to submit a proper motion to proceed *in forma pauperis,* which should include a certified copy of his trust fund account statement. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply. If Plaintiff does not timely and fully comply with this Order, this action will be dismissed. Plaintiff is further **ORDERED** to notify the Court immediately in writing of any change of address and his failure to do so may result in dismissal of this action.

**SO ORDERED and DIRECTED**, this 14th day of January, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge