IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RICHARD MELVIN GOODMAN,  \*

    Plaintiff,  \*

v.    Case No.  5:24-cv-00456-MTT-CHW

  \*

DEPUTY WARDEN GARDNER et al,

  \*

    Defendants.

  \*

## J U D G M E N T

Pursuant to this Court's Order dated 11/21/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of November, 2025.

    David W. Bunt, Clerk

    s/ Erin Pettigrew, Deputy Clerk